UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GUSHCLOUD PTE LTD, *et al.*,

Plaintiffs,

v.

TRACY WILLIS, *et al.*,

Defendants.

NO. C20-1372RSL

ORDER

This matter comes before the Court on defendants' request for a stay of all litigation deadlines, including the initial disclosures, until a not-yet-filed Rule 12(c) motion is resolved. Dkt. # 17 at 3. The request is DENIED. The Federal Rules of Civil Procedure impose clear duties to disclose and identify triggering events for both initial disclosures and broader discovery. *See* Fed. R. Civ. P. 26(a)(1) and 26(d)(1). Although they easily could have, the rules do not provide an automatic stay of discovery if a motion to dismiss is filed: such motions are often unsuccessful and a stay could cause unnecessary and significant delays at the outset of the litigation. Thus, in order to obtain a stay of discovery, defendant must show that it is entitled to a protective order under Rule 26(c) "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense . . . ."

At present, there is no dispositive motion pending, and defendants have not shown that

ORDER - 1

they are entitled to protection under Rule 26(c). The mere filing (or anticipated filing) of a dispositive motion will not derail discovery or otherwise delay plaintiffs' efforts to pursue their claims.

For all of the foregoing reasons, defendants' request for a stay of discovery is DENIED. The parties shall make their initial disclosures within fourteen days of the date of this Order.

Dated this 3rd day of November, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 2