1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GUSHCLOUD PTE LTD. et al.,

                Plaintiffs,

    v.

TRACY WILLIS et al.,

                Defendants.

No. 2:20-cv-01372-RSL

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER

      Plaintiffs Gushcloud PTE LTD, Gushcloud International USA, Inc., and Gushcloud

Talent Agency, Inc., and Defendants Tracy Willis and WHE Agency, by and through their

respective undersigned counsel, hereby stipulate, in accordance with Fed. R. Civ. P.

41(a)(1)(A)(ii), to the dismissal, with prejudice, of this lawsuit, without an award of costs or

expenses to any party.


      //


      //

STIPULATION FOR DISMISSAL WITH PREJUDICE
AND ORDER
(No. 2:20-cv-01372-RSL) – 1

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150, Seattle, WA 98101
Phone: 206-876-5301; Fax: 206-693-7058

Respectfully submitted this 29th day of December, 2020.

**THE LITIGATION BOUTIQUE, LLC**
Leah VanLandschoot, *pro hac vice*

*s/ Leah P. VanLandschoot*
Leah P. VanLandschoot, *pro hac vice*

**OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.**

*s/ Laurence A. Shapero*
Laurence A. Shapero, WSBA No. 31301

*Attorneys for Plaintiffs*


**PERKINS COIE LLP**
Thomas L. Boeder, WSBA No. 408
Thomas J. Tobin, WSBA No. 55189

*s/ Thomas J. Tobin*
Thomas J. Tobin, WSBA No. 55189

*Attorneys for Defendants*


      **IT IS SO ORDERED.**


DATED this 30th day of December, 2020.


*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION FOR DISMISSAL WITH PREJUDICE
AND ORDER
(No. 2:20-cv-01372-RSL) – 2

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150, Seattle, WA 98101
Phone: 206-876-5301; Fax: 206-693-7058